

FILED
CLERK, U.S. DISTRICT COURT

07/19/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___M.B.___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Robert M. Seibert,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:24-mj-00275<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _July 23,_____, _2024_____, at _1:00_____ ☐a.m. / ☒p.m. before the Honorable _JOHN D. EARLY_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
                        *(Other custodial officer)*

Dated: _July 19, 2024_____          _JOHN D. EARLY_  [signature]
                                          U.S. ~~District Judge~~/Magistrate Judge